No. 63543.—Uniworld Industrial Mart, Inc. *v.* United States, protest 59/4377 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63544.—Chas. Orlando Co. et al. *v.* United States, protests 58/22869, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 1, 1959

No. 63545.—Gellis Flower Company *v.* United States, protest 59/10686 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 1, 1959

No. 63546.—Washington State *Liquor Control Board v.* United States, protest 127405-K (Seattle).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.